UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00382-FDW-DSC

| | |
|---|---|
| SUSAN GAGNON,<br><br>    Plaintiff,<br><br>vs.<br><br>McCLATCHY NEWSPAPERS, INC. and JOHN J. JORDAN,<br><br>    Defendants. | ORDER |

THIS MATTER is before the Court *sua sponte* upon the filing of a second motion for summary judgment on February 8, 2018 by Defendant John J. Jordan (Doc. No. 17) and Defendant McClatchy Newspapers, Inc. (Doc. No. 18).

Defendant Jordan and Defendant McClatchy Newspapers each respectively filed motions for summary judgment on February 1, 2018. (Docs. No. 15, 16). On February 8, 2018, Defendants Jordan and McClatchy Newspapers then each filed another motion for summary judgment (Docs. No. 17, 18) that appear to be duplicative of the original summary judgment motions. The deadline for all dispositive motions, as established by the Case Management Order, was February 1, 2018. (Doc. No. 9). As Defendants did not seek an amendment to the Case Management Order and obtain an order from the Court extending the deadline for dispositive motions, the Court STRIKES as untimely the motions for summary judgment filed on February 8, 2018 by Defendant Jordan (Doc. No. 17) and Defendant McClatchy Newspaper (Doc. No. 18).

Further, Defendants' motions for summary judgment filed on February 1, 2018 do not comply with Local Rule 7.1(h). Local Rule 7.1(h) requires briefs, motions, and pleadings to be "filed in a PDF readable format, rather than an electronically copied format, whenever possible."

To cure this noncompliance, the Court hereby ORDERS counsel for Defendants to *email* to the Deputy Clerk at candace_cochran@ncwd.uscourts.gov a copy of the motions for summary judgment and accompanying briefs filed on February 1, 2018 *in a readable format*, as required by Local Rule 7.1(h). The Clerk is then directed to replace the noncomplying motions and briefs filed on February 1, 2018 with the readable format motions and briefs provided by email.

THEREFORE, the Court hereby STRIKES Defendant Jordan's Motion for Summary Judgment filed on February 8, 2018 (Doc. No. 17) and Defendant McClatchy Newspapers's Motion for Summary Judgment filed on February 8, 2018 (Doc. No. 18) as untimely and ORDERS Defendants Jordan and McClatchy Newspapers to cure their noncompliance with Local Rule 7.1(h) as stated herein.

IT IS SO ORDERED.

Signed: February 14, 2018

Frank D. Whitney
Chief United States District Judge